Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−29637−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher P Korbylo
   131 Water Street
   Hackettstown, NJ 07840

Social Security No.:
   xxx−xx−4203

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: December 11, 2017
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Christopher P Korbylo
    Debtor

Case No. 17-29637-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Dec 11, 2017
　　　　　　　　　　　Form ID: finmgtc　　Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.
db　　　　+Christopher P Korbylo,    131 Water Street,    Hackettstown, NJ 07840-2311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg　　　　 E-mail/Text: usanj.njbankr@usdoj.gov Dec 11 2017 23:07:02      U.S. Attorney,    970 Broad St.,
　　　　　　 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg　　　　+E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 11 2017 23:07:00      United States Trustee,
　　　　　　 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
　　　　　　 Newark, NJ  07102-5235
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
　　　　　　Albert    Russo    docs@russotrustee.com
　　　　　　Denise E. Carlon     on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
　　　　　　 bkgroup@kmllawgroup.com
　　　　　　Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
　　　　　　 rsolarz@kmllawgroup.com
　　　　　　Scott D. Sherman     on behalf of Debtor Christopher P Korbylo ssherman@minionsherman.com
　　　　　　U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5